UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**CYNTHIA LONG and**
**LADORCAS C. EVANS, on behalf**
of themselves and all other
similarly situated employees,

        Plaintiffs,

v.                                                                No. 2:17-cv-02388-TLP-dkv

**LOVING ARMS, LLC,**

        Defendant.

---

### DEFENDANT LOVING ARMS, LLC'S NOTICE OF FILING PROPOSED SETTLEMENT AGREEMENT

---

Defendant Loving Arms, LLC ("Loving Arms") hereby gives notice of filing of the proposed settlement agreement between the parties. A copy of the proposed settlement agreement is attached as **Exhibit 1**.

Respectfully submitted,

**GLANKLER BROWN, PLLC**

By:   /s/ Andre B. Mathis
     Andre B. Mathis (#26458)

6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
Telephone:  (901) 525-1322
Facsimile:  (901) 525-2389
E-Mail:  amathis@glankler.com

*Attorneys for Loving Arms, LLC*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon all counsel of record, by electronic means via the Court's electronic filing system, on this the 21st day of December, 2018.

                                                                 /s/ Andre B. Mathis

4823-4831-8596, v. 1