# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CYNTHIA LONG and <br> LADORCAS C. EVANS, <br><br> Plaintiffs, <br><br> v. <br><br> LOVING ARMS, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 2:17-cv-02388-TLP-dkv <br> ) <br> ) JURY DEMAND <br> ) <br> ) <br> ) |

## ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL

Before the Court is the parties' Joint Motion for Settlement Approval of this Fair Labor Standards Act case. (ECF Nos. 54, 60.) The Court finds the Motion is well-taken and should be GRANTED. The Court APPROVES the monetary distribution as to Plaintiffs and Plaintiffs' counsel as described in the proposed Settlement Agreement and ORDERS Defendant to make payments accordingly. This matter is hereby DISMISSED WITH PREJUDICE. Each party is to bear their own expenses and attorney's fees.

**SO ORDERED**, this 28th day of December, 2018.

                                                s/Thomas L. Parker
                                                THOMAS L. PARKER
                                                UNITED STATES DISTRICT JUDGE