# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CYNTHIA LONG and <br> LADORCAS C. EVANS, <br><br> Plaintiffs, <br><br> v. <br><br> LOVING ARMS, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 2:17-cv-02388-TLP-dkv <br> ) <br> ) JURY DEMAND <br> ) <br> ) <br> ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiffs' Complaint, filed on June 7, 2017. (ECF No. 1.) In accordance with this Court's Order GRANTING the Parties' Joint Motion for Settlement Approval (ECF No. 61),

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED WITH PREJUDICE.**

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

December 31, 2018
Date